IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GUILARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREA MONTI, et al.,<br><br>        Defendants. | Case No.  16-cv-01726-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Initial Case Management Conference in the above-titled action is scheduled for July 8, 2016, at 10:30 a.m.

In light of the pendency of motions to dismiss filed by defendant Andrea Monti and defendant Marriott Hotel Services, Inc., and proof of service of the summons and complaint not having been filed as to defendant City of Buenos Aires, the Court hereby CONTINUES the Initial Case Management Conference to October 7, 2016, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 30, 2016.

**IT IS SO ORDERED.**

Dated: July 1, 2016

MAXINE M. CHESNEY
United States District Judge