IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GUILARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREA MONTI, et al.,<br><br>    Defendants. | Case No. 16-cv-01726-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are two motions: (1) defendant Andrea Monti's ("Monti") "Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6)," filed June 14, 2016; and (2) defendant Marriott Hotel Services, Inc.'s ("Marriott) "Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure Section 12(b)," filed June 21, 2016. Plaintiff Eduardo Guilarte has filed a combined opposition to the motions, to which Monti and Marriott have separately replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 29, 2016.

**IT IS SO ORDERED.**

Dated: July 27, 2016

MAXINE M. CHESNEY
United States District Judge