IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GUILARTE,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREA MONTI, et al.,<br><br>    Defendants. | Case No. 16-cv-01726-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT MARRIOTT HOTEL SERVICE, INC.'S MOTION TO DISMISS** |

Before the Court is defendant Marriott Hotel Services, Inc.'s "Motion to Dismiss Plaintiff's Second Amended Complaint," filed September 19, 2016. Plaintiff Eduardo Guilarte has not filed opposition.[1]

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for October 28, 2016.

**IT IS SO ORDERED.**

Dated: October 6, 2016

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, any opposition was due no later than October 3, 2016. See Civil L. R. 7-3(a) (providing opposition must be filed no later than 14 days after date motion filed).