IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO GUILARTE,

    Plaintiff,

  v.

ANDREA MONTI, et al.,

    Defendants.

Case No. 16-cv-01726-MMC

**ORDER OF DISMISSAL**

By order filed February 24, 2017, the Court directed plaintiff Eduardo Guilarte to show cause, in writing and no later than March 10, 2017, why the above-titled action should not be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to appear as ordered at a regularly scheduled case management conference and failure to file a joint case management statement as ordered.  Plaintiff has not filed any response to the Court's order to show cause.

Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute, pursuant to Rule 41(b).[1]

**IT IS SO ORDERED.**

Dated: March 14, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] In light thereof, defendant Andrea Monti's motion to dismiss, filed February 16, 2017, is hereby DENIED as moot.